(135 So. 921)

## Homer GARRISON v. STATE.
### 8 Div. 407.

Court of Appeals of Alabama.
June 23, 1931.

H. H. Hamilton, of Russellville, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, J.

It would serve no good purpose to set out the evidence in this case. The contention of the state was that defendant sold one pint of whisky to a witness named Tyra. Tyra testified that the sale was made by a man named Johnson, whom defendant told to get the whisky and sell to witness. We have read this evidence en banc, and find it sufficient to sustain a conviction. We would not be justified in setting aside the verdict on the defendant's motion.

There is no reversible error in the record, and the judgment is affirmed.

Affirmed.

(135 So. 922)

## Homer GARRISON v. STATE.
### 8 Div. 408.

Court of Appeals of Alabama.
June 23, 1931.

H. H. Hamilton, of Russellville, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

RICE, J.

The only question we are called upon to decide is whether or not the evidence was sufficient to sustain the judgment of conviction.

It would serve no useful purpose to discuss it.

Suffice to say, we have read and considered same, sitting en banc. And we are of the opinion, and hold, that it was ample in strength to serve as a basis for the finding of the trial court, who sat without a jury.

The judgment of conviction is affirmed.

Affirmed.

(133 So. 923)

## Dan GATLIN v. STATE.
### 4 Div. 732.

Court of Appeals of Alabama.
April 7, 1931.

SAMFORD, J.

Appeal dismissed.

(132 So. 913)

## Fred GAYLE v. STATE.
### 8 Div. 323.

Court of Appeals of Alabama.
March 17, 1931.

SAMFORD, J.

Affirmed.

(137 So. 920)

## Augustus G. GENESIO v. Alexander SPERLING.
### 6 Div. 116.

Court of Appeals of Alabama.
Nov. 27, 1931.

S. R. Hartley, of Birmingham, for appellant.

Charles W. Greer, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution.

(138 So. 922)

## Will GENTLE v. STATE.
### 8 Div. 503.

Court of Appeals of Alabama.
Dec. 18, 1931.

PER CURIAM.

Appeal dismissed on motion of appellant.